United States District Court
Southern District of Texas
**ENTERED**
January 02, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| Kristana Dunn, § § § § § § § § § | |
| Plaintiff, | |
| vs. | Civil Action No. H-23-3829 |
| PHH Mortgage Corporation, | |
| Defendant. | |

## O R D E R

Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and the Cost and Delay Reduction Plan under the Civil Justice Reform Act, this case is **REFERRED** to United States Magistrate Judge Christina Bryan.

All parties are **ORDERED** to advise the court within 20 days of the entry of this Order whether they will consent to the jurisdiction of Magistrate Judge Christina Bryan for all purposes in this case pursuant to 28 U.S.C. § 636(c). For the convenience of the parties the clerk is **ORDERED** to forward to plaintiff and defendant a "Consent to Proceed Before United States Magistrate Judge Christina Bryan" form with each party's copy of this Order.

**SIGNED** at Houston, Texas, on this the 2nd day of January, 2024.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE