IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Kristana Dunn, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. H-23-3829 |
| | § | |
| PHH Mortgage Corporation, | § | |
| | § | |
| Defendant. | § | |

## CONSENT TO PROCEED BEFORE
## UNITED STATES MAGISTRATE JUDGE CHRISTINA BRYAN
## (CIVIL CASE)

In accordance with the provisions of 28 U.S.C. § 636(c), the parties to this action waive their rights to proceed before a district judge of the court and consent to have **United States Magistrate Judge Christina Bryan** conduct all further proceedings in the case, including hearings and rulings on motions, pretrial conferences and trial, and the entry of judgment. All parties must execute this form.

_____ for _____

_____ for _____

_____ for _____

_____ for _____

## ORDER OF REFERENCE

It is **ORDERED** that the Clerk of Court reassign this action to **United States Magistrate Judge Christina Bryan** to conduct all further proceedings, including hearings and rulings on motions, pretrial conferences and trial, and the entry of final judgment in accordance with 28 U.S.C. § 636(c) and the consent of the parties.

_____         _____
                DATE                                                             SIM LAKE
                                                            SENIOR UNITED STATES DISTRICT JUDGE