**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **KRISTANA DUNN,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **Civil Action No. 4:23-cv-03829** |
| **v.** | § | |
| | § | |
| **PHH MORTGAGE CORPORATION,** | § | |
| | § | |
| **Defendants.** | § | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Kristana Dunn ("Plaintiff") and Defendant PHH Mortgage Corporation ("Defendant" and together with Plaintiff, "the Parties") file this their Joint Stipulation of Dismissal (the "Stipulation") and respectfully show the Court as follows:

The Parties have reached an agreement for Plaintiff to dismiss her claims against Defendant with prejudice. As such, in accordance with their agreement, the Parties request that the Court sign an order:

1.      That this Stipulation of Dismissal is granted; and

2.      That all of the claims brought in this Action by Plaintiff against Defendant are dismissed with prejudice to the re-filing of same;

3.      that Plaintiff and Defendant each bear their respective costs and attorney's fees.

The foregoing is stipulated by the Parties by and through their respective counsel of record.

Respectfully submitted,

By: */s/ Jason A. LeBeouf signed with permission*
Jason A. LeBoeuf
LeBoeuf Law Firm, PLLC
675 Town Square Blvd., Suite 200
Building 1A
Garland, Texas 75040
214.206.7423
214.730.5944 (Fax)
jason@leboeuflawfirm.com

**And**

By:   */s/ Nicholas M. Frame*
**MARK D. CRONENWETT**
Attorney in Charge
Texas Bar No. 00787303
Southern District Bar No. 21340
mcronenwett@mwzmlaw.com

**NICHOLAS M. FRAME**
Of Counsel
Texas Bar No. 24093448
Southern District Bar No. 3121681
nframe@mwzmlaw.com

**MACKIE WOLF ZIENTZ & MANN, P. C.**
14160 North Dallas Parkway, Suite 900
Dallas, TX 75254
Telephone: (214) 635-2650
Facsimile: (214) 635-2686

**ATTORNEYS FOR DEFENDANT**

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that I have caused a copy of the foregoing to be delivered to the following in the manner described on this January 30, 2024

***Via ECF***
Jason A. LeBoeuf
LeBoeuf Law Firm, PLLC
675 Town Square Blvd., Suite 200
Building 1A
Garland, Texas 75040
214.206.7423
214.730.5944 (Fax)
jason@leboeuflawfirm.com
*Attorney for Plaintiff*

***Via CMRR _____***
***And U.S. Mail***
Mark Stephen Burke
46 Kingwood Greens Dr.
Kingwood, TX 77339
346-763-2074
Phone: (346) 763 2074
Fax: (866) 705 0576
Email: blog@bloggerinc.org
*Pro Se*

*/s/ Nicholas M. Frame*
**NICHOLAS M. FRAME**