United States District Court
Southern District of Texas
**ENTERED**
January 31, 2024
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **KRISTANA DUNN,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **Civil Action No. 4:23-cv-03829** |
| **v.** | § | |
| | § | |
| **PHH MORTGAGE CORPORATION,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER OF DISMISSAL

Came on for consideration the Joint Stipulation of Dismissal (the "Stipulation") filed by Plaintiff Kristana Dunn ("Plaintiff") and Defendant PHH Mortgage Corporation ("Defendant" and together with Plaintiff, "the Parties") The Court, having considered the Stipulation, determines that the Stipulation should be granted. It is, therefore,

**ORDERED, ADJUDGED, and DECREED** that the Joint Stipulation of Dismissal is **GRANTED**. It is further,

**ORDERED, ADJUDGED, and DECREED** that all of Plaintiff's claims, that she has asserted in this cause against Defendant are **DISMISSED WITH PREJUDICE**. It is further,

**ORDERED, ADJUDGED, and DECREED** that all relief not granted herein is **DENIED**. Costs are taxed against the party incurring the same.

This order constitutes a final judgment in that it finally disposes of all parties and all claims in this cause.

SIGNED this **31st** day of **JANUARY**, 2024.

_____
**UNITED STATES DISTRICT JUDGE**